**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Christopher George WHITE,
Defendant-Appellant.**

**No. 17-1239**

United States Court of Appeals,
Tenth Circuit.

Filed December 18, 2017

(D.C. No. 1:15-CR-00468-RBJ-1) (D. Colorado)

Michael Conrad Johnson, Office of the United States Attorney, District of Colorado, Denver, CO, for Plaintiff-Appellee

Veronica S. Rossman, Office of the Federal Public Defender, Districts of Colorado and Wyoming, Denver, CO, for Defendant-Appellant

Before BRISCOE, HARTZ, and MATHESON, Circuit Judges.

**ORDER AND JUDGMENT** *

Per Curiam

Christopher George White pleaded guilty to six counts of coercion and enticement of a minor in violation of 18 U.S.C. § 2422(b). He was sentenced to 360 months in prison. He appeals that sentence even though his plea agreement included a broad waiver of his appellate rights. The government has moved to enforce the appeal waiver under *United States v. Hahn*, 359 F.3d 1315 (10th Cir. 2004) (en banc) (per curiam). Through his counsel, Mr.

White concedes that the waiver bars his appeal. Based on this concession and our independent review of the record, we grant the government's motion and dismiss the appeal.

---

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.